IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON HUNTER,

    Petitioner,

v.                                             4:23cv175–WS/MJF

FLORIDA STATE HOSPITAL,
et al.,

    Respondents.

_____

## ORDER DENYING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed August 31, 2023. The magistrate judge recommends that the petitioner's amended § 2241 petition for writ of habeas corpus be denied. The petitioner has filed objections (ECF No. 12) to the report and recommendation.

Having reviewed the matter in light of the petitioner's objections, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is

ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's amended petition for writ of habeas corpus (ECF No. 5) is DENIED.

3. The clerk is directed to enter judgment stating: "Jason Hunter's amended petition for writ of habeas corpus is denied."

4. The clerk shall close the case.

DONE AND ORDERED this   27th   day of   September  , 2023.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE