UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON HUNTER,

      Petitioner,

v.                                                    4:23cv175–WS/MJF

FLORIDA STATE HOSPITAL,
et al.,

      Respondents.

_____

<u>ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION</u>

Before the court is the magistrate judge's report and recommendation (ECF No. 17) docketed February 15, 2024. The magistrate judge recommends that the undersigned deny Petitioner's "* Ex Parte Motion Vacate/Reinstate (Habeas)* Motion to Recuse for Injurie(s) USC s. 1792 Motion to Show Cause for relief(s) 2023, 2024 Magistrate Michael Frank/Judge William Stafford*" (ECF No. 16). Petitioner has filed objections (ECF No. 18) to the report and recommendation.

Having reviewed the record in light of Petitioner's objections, the undersigned finds that Petitioner's motion to vacate/reinstate, recuse, and show

cause is due to be denied for the reasons stated by the magistrate judge.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 17) is

ADOPTED and incorporated into this order by reference.

2. Petitioner's motion to vacate/reinstate, recuse, and show cause (ECF No.

16) is DENIED.

DONE AND ORDERED this __2nd__ day of __March__, 2024.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE